ACCEPTED
14-15-00280-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 2:38:07 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00280-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 2:38:07 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# Fourteenth Judicial District
# Houston, Texas

## Conrad Construction Co., Ltd.

### *Appellant*

## vs.

## Freedmen's Town Preservation Coalition, Catherine Roberts and Gladys House

### *Appellees*

## From the 80th Judicial District Court
## of Harris County, Texas
## (Trial Court Cause No. 2015-02771)

## Appellees' Amended Unopposed Motion for Leave to File Response Brief Out-of-Time

**To the Honorable Court of Appeals:**

Appellees Freedmen's Town Preservation Coalition, Catherine Roberts and Gladys House file this Amended Unopposed Motion for Leave

1

to File Response Brief Out-of-Time and would respectfully show the Court the following:

1. In this interlocutory appeal from a temporary injunction entered by the 80th Judicial District Court of Harris County, Texas, Appellant Conrad Construction Co., Ltd. filed its initial brief on April 24, 2015. Pursuant to Tex.R.App.Pro. 38.6(b), Appellees' responsive brief was initially due May 13, 2015. This Court, however, granted Appellees' Unopposed Motion for Extension of Time to File Response Brief extending the date for Appellees to file their brief to and through June 12, 2015.

2. On June 9, 2015, Appellees filed their Second Unopposed Motion for Extension of Time to File Response Brief, requesting that the Court further extend the date for filing Appellees' Response Brief to and through June 26, 2015, due to intermittent internet outages Appellees' counsel suffered during and after the storms which inundated the Houston and Harris County area during the Memorial Day holidays. That motion has yet to be ruled upon by the Court.

3. Appellees' counsel has now completed the Response Brief and has efiled it with the Court simultaneously with this Motion. Appellees accordingly request leave of the Court to file their Response Brief five days

subsequent to its due date of June 12, 2015, as extended previously by this Court.

4. Counsel for Appellant, Robert A. Plessala, has advised the undersigned counsel for Appellees that he does not oppose the relief requested by this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Appellees respectfully request that the Court grant Appellees leave to file their Response Brief five days after the extended due date previously ordered by the Court.

**SIGNED AND FILED** this 17th day of June, 2015.

Respectfully submitted,

**THE HALL LAW FIRM**


/s/William L. Van Fleet

Benjamin L. Hall III
Texas Bar No. 08743745
William L. Van Fleet II
Texas Bar No. 20494750
Kimmie R. Bennett
State Bar No. 24011946
530 Lovett Blvd.
Houston, TX  77006
(713) 942-9600 (Telephone)
(713) 942-9566 (Facsimile)
bvfleet@comcast.net

**ATTORNEYS FOR APPELLEES FREEDMEN'S TOWN PRESERVATION COALITION, CATHERINE ROBERTS, AND GLADYS HOUSE**


## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 17, 2015, he conferred with Robert A. Plessala, counsel for Appellant Conrad Construction Co., Ltd., who advised that he does not oppose the relief requested in the above and foregoing Motion.


/s/William L. Van Fleet

William L. Van Fleet II

4

## CERTIFICATE OF COMPLIANCE (RULE 9.4)

The undersigned certifies that the above and foregoing Motion satisfies the requirements of Tex.R.App.P. 9.4 because the Motion contains 556 words.

/s/William L. Van Fleet II
William L. Van Fleet II

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2015, a true and correct copy of the foregoing Motion was forwarded to counsel for Conrad Construction Co., Ltd., Robert A. Plessala, Andrews Myers, P.C., 3900 Essex Lane, Suite 800, Houston, Texas 77027, via email at rplessala@andrewsmyers.com.

/s/William L. Van Fleet
William L. Van Fleet II